| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Stephen M. Doniger SBN 179314<br>603 ROSE AVE<br>VENICE    CA    90291<br>ATTORNEY FOR (Name  Plaintiff | (310) 590-1820 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
CITY PRINTS, LLC v. REVISE CLOTHING, INC.

| 3010557 | (HEARING) Date | Time | Dept | Case Number:<br>2:16-cv-03790-FFM |
|---|---|---|---|---|
| | | | | REFERENCE NO<br>City Prints v. Revise, 16-3790 |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT

3. a. PARTY SERVED:   WAL-MART STORES, INC.

   AN ARKANSAS CORPORATION
   CT CORPORATION SYSTEM, AGENT FOR SERVICE
   b. PERSON SERVED: VALERIE VILLEGAS, PERSON AUTHORIZED TO RECEIVE
   HISPANIC FEMALE 35YRS 5'07" 170LBS. BROWN HAIR BROWN EYES

4. c. ADDRESS:   818 W 7TH ST STE 930
   LOS ANGELES    CA    90017

5. I SERVED THE PARTY NAMED IN ITEM 3
   a. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON
   AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY. ON    6/3/2016 AT  2:27:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF:
   WAL-MART STORES, INC.

   AN ARKANSAS CORPORATION
   CT CORPORATION SYSTEM, AGENT FOR SERVICE

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION · CORPORATION CCP 416.10

   d. The fee for service was    $55.02

7a. Person Serving:   Pablo    Lopez

   e. I am:
   (1)    not a registered California process server:
   (3) X  registered California process server;
   (i) Independent Contractor
   (i) Registration No:    5993
   (i) County:    LOS ANGELES

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct   Pablo    Lopez
6/9/2016

X_____
SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]                    CRC 982(A)(23)

**PROOF OF SERVICE**