POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Stephen M. Doniger SBN 179314/ Scott Burroughs SBN 235718<br>DONIGER/BURROUGHS<br>603 Rose Avenue<br>Venice, CA 90291<br>TELEPHONE NO.: 310-590-1820   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* stephen@donigerlawfirm.com, scott@donigerlawfirm.com<br>ATTORNEY FOR *(Name):* Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 255 E. Temple St.<br>MAILING ADDRESS: 255 E. Temple St.<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: USDC-Central | |
| PLAINTIFF/PETITIONER: City Prints, LLC | CASE NUMBER:<br>2:16-cv-03790-JAK-KS |
| DEFENDANT/RESPONDENT: Revise Clothing, Inc.; et. al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
      MACY'S, INC., a Delaware Corporation

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      D. Kessler - Registered Agent (Corporation Service Company)

4. Address where the party was served:
   50 Broad Street Suite 1800, Columbus, OH 43215

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*   (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: City Prints, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Revise Clothing, Inc.; et. al. | 2:16-cv-03790-JAK-KS |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date): 6/2/2016      (2) from (city): Venice, CA

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

[✓] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):* MACY'S, INC., a Delaware Corporation
   under the following Code of Civil Procedure section:

   [✓] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
   [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
        [ ] other:

7. **Person who served papers**
   a. Name: Erin Wilson
   b. Address: 603 Rose Avenue, Venice, CA 90291
   c. Telephone number: 310-590-1820
   d. **The fee** for service was: $ 0
   e. I am:
       (1) [✓] not a registered California process server.
       (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
       (3) [ ] a registered California process server:
           (i) [ ] owner [ ] employee [ ] independent contractor.
           (ii) Registration No.:
           (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 6/9/2016

Erin Wilson          ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)


**UNITED STATES POSTAL SERVICE**

Date: June 8, 2016

Simple Certified:

The following is in response to your June 8, 2016 request for delivery information on your Certified Mail™/RRE item number 9414810699945015761025. The delivery record shows that this item was delivered on June 6, 2016 at 11:49 am in COLUMBUS, OH 43215. The scanned image of the recipient information is provided below.

Signature of Recipient: X D. Kessler
Printed Name: D. Kessler

Address of Recipient: Delivery Address: 50 W BROAD ST #1800

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

REGISTERED AGENT OR AUTH. PERSON
MACY'S, INC.
50 W BROAD ST STE 1800
COLUMBUS, OH 43215
Reference #: City Prints v. Revise_S&C_Macys