LAURA L. CHAPMAN, Cal. Bar No. 167249
E-mail:  lchapman@sheppardmullin.com
TONI QIU, Cal. Bar No. 302268
E-mail:  tqiu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415-434-9100
Facsimile:   415-434-3947

BRIDGETTE AGNESS, Cal. Bar No. 221900
E-mail:  bagness@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:  (213) 620-1780
Facsimile:  (213) 620-1398

Attorneys for Defendants
REVISE CLOTHING, INC. and
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY PRINTS, LLC, a New York Limited Liability Company,<br><br>          Plaintiff,<br><br>     v.<br><br>REVISE CLOTHING, INC., a New York Corporation, individually and doing business as "VANILLA STAR" and "IMPERIAL STAR"; WAL-MART STORES, INC., an Arkansas Corporation; MACY'S, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>          Defendants. | Case No. 2:16-cv-03790-JAK-KS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Hon. John A. Kronstadt<br><br>**Defendant Revise Clothing, Inc.**<br>Complaint served:  On or about June 6, 2016<br>Current response date: Unknown<br>New response date: July 22, 2016<br><br>**Defendant Wal-Mart Stores, Inc.**<br>Complaint served: June 3, 2016<br>Current response date: June 24, 2016<br>New response date: July 22, 2016 |

| | |
|---|---|
| 1 | Plaintiff City Prints, LLC ("Plaintiff" or "City Prints") and Defendants Revise |
| 2 | Clothing, Inc. ("Revise Clothing") and Wal-Mart Stores, Inc. ("Walmart") hereby |
| 3 | stipulate to extend the time for Defendants to respond to the initial complaint by no |
| 4 | more than thirty (30) days.  Because this is the first extension of time to respond to |
| 5 | the initial complaint, pursuant to Local Rule 8-3 this stipulation need not be |
| 6 | approved by the Court. |
| 7 | Plaintiff City Prints filed this action on May 13, 2016. |
| 8 | Defendant Revise Clothing was served with the summons and complaint on |
| 9 | or about June 6, 2016, and its responsive pleading is currently due on June 27, 2016. |
| 10 | The parties have agreed that Defendant Revise Clothing's new due date for its |
| 11 | responsive pleading is July 22, 2016. |
| 12 | Defendant Walmart was served with the summons and complaint on June 3, |
| 13 | 2016, and its responsive pleading is currently due on June 24, 2016.  Walmart's new |
| 14 | due date for its responsive pleading is July 22, 2016. |
| 15 | There is no present trial date scheduled for this action. |
| 16 | The parties have not had any prior stipulations to respond to the initial |
| 17 | complaint or any prior continuances of any proceeding in the action. |
| 18 | Although this stipulation need not be approved by the Court under Local Rule |
| 19 | 8-3, the parties hereby submit factual support, consistent with the Court's Initial |
| 20 | Standing Order for Civil Cases, to demonstrate good cause exists to extend the time |
| 21 | for Defendants to respond to the initial complaint by thirty (30) days. |
| 22 | In the complaint, Plaintiff City Prints alleges claims for copyright |
| 23 | infringement against each and all Defendants as well as vicarious and / or |
| 24 | contributory copyright infringement against all Defendants based on four allegedly |
| 25 | copyrighted works asserted by Plaintiff.  (Compl., ECF No. 1, ¶¶ 11-53.)  Plaintiff |
| 26 | seeks to recover against all Defendants an unspecified sum of actual damages or, in |
| 27 | the alternative, statutory damages under Section 504(c)(2) of the Copyright Act in |
| 28 | the sum of up to $150,000.00 per alleged infringement, as well as pre-judgment |

interest, attorneys' fees and costs, and further legal and equitable relief as the Court deems proper.  (*Id.* at ¶ 47, ¶ 53, pp. 14-15.)

Defendants need additional time to investigate the factual allegations and evaluate the claims, determine affirmative defenses, and prepare and file responsive pleadings.  Good cause therefore exists to extend the time for Defendants to respond to the initial complaint by thirty (30) days.

Pursuant to this Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3).

Dated:  June 23, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By         */s/ Laura L. Chapman*
           LAURA L. CHAPMAN

Attorneys for Defendants
REVISE CLOTHING, INC. and
WAL-MART STORES, INC.

Dated:  June 23, 2016

DONIGER / BURROUGHS APC

By         */s/ Justin M. Gomes*
           JUSTIN M. GOMES

Attorneys for Plaintiff
CITY PRINTS, LLC