LAURA L. CHAPMAN, Cal. Bar No. 167249
E-mail: lchapman@sheppardmullin.com
TONI QIU, Cal. Bar No. 302268
E-mail: tqiu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

BRIDGETTE AGNESS, Cal. Bar No. 221900
E-mail: bagness@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Defendant
MACY'S, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY PRINTS, LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>REVISE CLOTHING, INC., a New York Corporation, individually and doing business as "VANILLA STAR" and "IMPERIAL STAR"; WAL-MART STORES, INC., an Arkansas Corporation; MACY'S, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:16-cv-03790-JAK-KS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Hon. John A. Kronstadt<br><br>**Defendant Macy's, Inc.**<br>Complaint served: June 6, 2016<br>Current response date: June 27, 2016<br>New response date: July 27, 2016 |

     Plaintiff City Prints, LLC ("Plaintiff" or "City Prints") and Defendant

Macy's, Inc. ("Macy's") hereby stipulate to extend the time for Macy's to respond

to the initial complaint by thirty (30) days. Because this is the first extension of

-1-

SMRH:478179880.1                                     **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

1  time to respond to the initial complaint, pursuant to Local Rule 8-3 this stipulation
2  need not be approved by the Court.

3  Plaintiff City Prints filed this action on May 13, 2016.

4  Macy's was served with the summons and complaint on June 13, 2016, and
5  its responsive pleading is currently due on July 5, 2016.  Macy's new due date for its
6  responsive pleading is August 4, 2016.

7  There is no present trial date scheduled for this action.

8  The parties have not had any prior stipulations to respond to the initial
9  complaint or any prior continuances of any proceeding in the action.

10  Although this stipulation need not be approved by the Court under Local Rule
11  8-3, the parties hereby submit factual support, consistent with the Court's Initial
12  Standing Order for Civil Cases, to demonstrate good cause exists to extend the time
13  for Defendants to respond to the initial complaint by thirty (30) days.

14  In the complaint, Plaintiff City Prints alleges claims for copyright
15  infringement against each and all Defendants as well as vicarious and / or
16  contributory copyright infringement against all Defendants based on four allegedly
17  copyrighted works asserted by Plaintiff.  (Compl., ECF No. 1, ¶¶ 11-53.)  Plaintiff
18  seeks to recover against all Defendants an unspecified sum of actual damages or, in
19  the alternative, statutory damages under Section 504(c)(2) of the Copyright Act in
20  the sum of up to $150,000.00 per alleged infringement, as well as pre-judgment
21  interest, attorneys' fees and costs, and further legal and equitable relief as the Court
22  deems proper.  (*Id.* at ¶ 47, ¶ 53, pp. 14-15.)

23  Defendants need additional time to investigate the factual allegations and
24  evaluate the claims, determine affirmative defenses, and prepare and file responsive
25  pleadings.  Good cause therefore exists to extend the time for Defendants to respond
26  to the initial complaint by thirty (30) days.

27  Pursuant to this Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all
28  signatories listed on this document, and on whose behalf the filing is submitted,

1  concur in the filing's content and have authorized the filing of this STIPULATION TO
2  EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
3  (L.R. 8-3).

Dated:  June 23, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       */s/ Laura L. Chapman*
              LAURA L. CHAPMAN

Attorneys for Defendant
MACY'S, INC.

Dated:  June 23, 2016

DONIGER / BURROUGHS APC

By       */s/ Justin M. Gomes*
              JUSTIN M. GOMES

Attorneys for Plaintiff
CITY PRINTS, LLC